**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7809**

---

MICHAEL A. WILLIAMS,

                                      Plaintiff - Appellant,

        versus

JOHN SANDERS, West Virginia Department of
Highways,

                                      Defendant - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Robert Earl Maxwell, Senior District Judge. (CA-99-114-2)

---

Submitted: March 8, 2001             Decided: March 16, 2001

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael A. Williams, Appellant Pro Se. Michael Kozakewich, Jr., STEPTOE & JOHNSON, Clarksburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Williams appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we deny Williams' motion for appointment of counsel and affirm on the reasoning of the district court. <u>Williams v. Sanders</u>, No. CA-99-114-2 (N.D.W. Va. Dec. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>